UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Perez,

                Plaintiff,                      19 Civ. 4041 (KMK) (AEK)

   -against-                              **ORDER**

Commissioner of Social Security,

                Defendant.
-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

On June 8, 2021, the Commissioner informed the Court that the Social Security Administration had agreed to Plaintiff's request for a remand in accordance with the Supreme Court's decision in *Carr v. Saul*, 141 S. Ct. 1352 (2021). *See* ECF No. 19. Counsel for the Commissioner also reported that she had contacted Plaintiff to explore settlement of this matter. *Id.* As the parties appear to be in agreement that this case should be remanded, the parties are hereby directed to submit a stipulation to remand no later than **Wednesday, July 28, 2021**, or else provide an update as to why a stipulation to remand is not appropriate for this matter.

Dated: July 14, 2021
       White Plains, New York

                                          **SO ORDERED.**

                                          ANDREW E. KRAUSE
                                          United States Magistrate Judge